UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>David J. Widi, Jr.</u>

      v.                      Case No. 14-cv-160-SM

<u>Federal Bureau of Prisons, et al.</u>

O R D E R

After due consideration of the plaintiff's objection and supplemental objection filed on July 11 and July 17, respectively, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 24, 2014, for the reasons set forth therein.

Plaintiff's Privacy Act claims (Claims 1 and 2), First Amendment retaliation claim against defendant Hastings (Claim 6), and First Amendment retaliation and supervisory liability claims against defendants Hogan, Langley, Mullins and Tatum (Claims 7 and 8) are hereby dismissed.  Defendants Federal Bureau of Prisons, United State Probation and Pretrial Services, L. Hogan, FNU Langley, and Scott Hastings are also dismissed from this case.  The case will proceed on plaintiff's Claims 3 through 5 and the remaining defendants D. Hudson, FNU Gaunyea, David Salamy, FNU Glue, Dan Sullivan and Y. Matteau.

     SO ORDERED.

                                                Steven J. McAuliffe
                                                United States District Judge

Date: July 23, 2014

cc: David J. Widi, Jr., pro se
    T. David Plourde, AUSA