UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

David J. Widi, Jr.

      v.                        Case No. 14-cv-160-SM

Federal Bureau of Prisons, et al.

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 8, 2014, for the reasons set forth therein.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's Privacy Act claim (Claim 1), and the Fifth Amendment and FTCA malicious prosecution/abuse of process claims (Claim 14 in the Amended Complaint (doc.no. 21), are hereby dismissed.  Defendants' Motion to Dismiss the original complaint

(doc. no. 20), is denied as moot.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: February 20, 2015

cc:   David J. Widi, Jr.  pro se
      T. David Plourde, AUSA