UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

David J. Widi, Jr.

v.                                          Case No. 14-cv-160-SM

Federal Bureau of Prisons, et al.

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 22, 2016, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's Motion for Injunctive Relief Regarding Court Mailings(document no. 130) is hereby denied.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: October 12, 2016

cc:  David J. Widi, Jr., pro se
     T. David Plourde, Esq.
     Terry L. Ollila, Esq.