UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

David J. Widi, Jr.

    v.                                  Civil No. 14-cv-160-SM

Federal Bureau of Prisons et al.

**REPORT AND RECOMMENDATION ON THIRD AMENDED COMPLAINT**

    Before the court in this consolidated case ("Widi I") is plaintiff David J. Widi, Jr.'s motion for leave to file the Third Amended Complaint (Doc. No. 206). The (proposed) Third Amended Complaint (Doc. No. 206-1), attached as an exhibit to that motion, is before this court for consideration as to whether it should be filed as the operative complaint, and for preliminary review, pursuant to LR 4.3(d)(1) and 28 U.S.C. §§ 1915(e)(2) and 1915A.

    Widi filed two cases that this court subsequently consolidated. See July 5, 2017 Consolidation Order (Doc. No. 224). The Amended Complaint (Doc. No. 226), which was originally docketed on September 30, 2016 in Widi's second case, Widi v. United States, No. 16-cv-445-JL (D.N.H.) ("Widi II"), is identical to the proposed Third Amended Complaint (Doc. No. 206-1) ("TAC"), which Widi filed as an exhibit to the motion to amend the complaint in Widi I on the same date. The TAC (Doc. No. 206-1) and the Amended Complaint (Doc. No. 226) are the same

document.[1]  The Amended Complaint is also subject to preliminary review in this court, under LR 4.3(d)(1) and 28 U.S.C. §§ 1915(e)(2) and 1915A.

The magistrate judge's preliminary review of the Amended Complaint is set forth in the "Report and Recommendation on Amended Complaint" (issued this date).  That Report and Recommendation ("R&R") recommends that the district judge deem the Amended Complaint (Doc. No. 226) to be the operative complaint in this action, and further recommends that certain claims be dismissed and defendants be dropped from the case, for reasons stated in that R&R.  As the Amended Complaint is identical to the TAC and has already been filed in this case, the district judge should deny the motion for leave to file the TAC (Doc. No. 206), to avoid adding a duplicative pleading to this action.

## Conclusion

For the foregoing reasons, the district judge should deny the Motion for Leave to File the Third Amended Complaint (Doc. No. 206).  Any objections to this "Report and Recommendation on

---

[1] The court's copy of the Amended Complaint (Doc. No. 226) was missing pages 78-79 and paragraphs 482-98 when it was originally docketed.  Those pages and paragraphs are included in the Third Amended Complaint (see Doc. No. 206-1, at 78-79) and are deemed by the court to be part of the Amended Complaint.  The Order this date corrects that clerical error.

Third Amended Complaint" must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). The fourteen day period may be extended upon motion. Failure to file specific written objections within the specified time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

_____
Andrea K. Johnstone
United States Magistrate Judge

July 17, 2017

cc:   David J. Widi, Jr., pro se
      T. David Plourde, Esq.
      Terry L. Ollila, Esq.