```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

David J. Widi, Jr.

      v.                                Case No. 14-cv-160-SM

Federal Bureau of Prisons, et al.


O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation on Amended Complaint of Magistrate Judge Andrea K. Johnstone dated July 17, 2017 (document no. 228), for the reasons set forth therein.

As identified in the Report and Recommendation:

1. Claims 1 and 10 are severed from this action and are dismissed without prejudice;

2. Claims 3(a)-3(c), 3(h)-3(k), 3(l)(ii), 5 and 7, are dismissed, and

3. All claims against defendants B. Cooper, FNU Early, FNU Hawes, Kans Booz Lewis, Lirissia McCoy and Charles Samuels are dismissed, and

4. The following defendants are hereby dismissed from this action: B. Cooper, FNU Early, Jeffrey Gluc, Michelle Gonyea, FNU Hawes, Donald Hudson, Kans Booz Lewis, Yancey Matteau, Lirissia McCoy, David Salamy, Charles Samuels,

the Federal Bureau of Prisons, Brian Smith, and FNU McGurn.  All the John Does defendants are also dismissed from this case as the amended complaint did not state any claims against them.

SO ORDERED.

Steven J. McAuliffe
United States District Judge

Date: September 27, 2017

cc: David J. Widi, Jr., pro se
T. David Plourde, AUSA
Terry L. Ollila, AUSA